UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH POLK,<br><br>　　　　　　　　　Petitioner,<br><br>　　　v.<br><br>W.L. MONTGOMERY, Warden,<br><br>　　　　　　　　　Respondent. | Case No. CV 14-6461-AG (KK)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for a Writ of Habeas Corpus, the Motion to Amend the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court has engaged in <u>de novo</u> review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

　　　IT IS THEREFORE ORDERED that (1) Petitioner's Motion to Amend the Petition is DENIED; and (2) Respondent shall file an Answer to Claim One of the Petition within thirty days of the date of this Order.

Dated: March 26, 2017

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HONORABLE ANDREW J. GUILFORD
　　　　　　　　　　　　　　　　　　United States District Judge