1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

10   KENNETH POLK,                          Case No. CV 14-6461-AG (KK)

11                          Petitioner,

12              v.                          ORDER ACCEPTING FINDINGS
                                            AND RECOMMENDATION OF
13   W.L. MONTGOMERY,                       UNITED STATES MAGISTRATE
                                            JUDGE
14                          Respondent.

15

16

17          Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for a Writ

18   of Habeas Corpus, the records on file, and the Report and Recommendation of the

19   United States Magistrate Judge.  The Court has engaged in de novo review of those

20   portions of the Report to which Petitioner has objected.  The Court accepts the

21   findings and recommendation of the Magistrate Judge.

22          IT IS THEREFORE ORDERED that Judgment be entered (1) denying the

23   Petition for a Writ of Habeas Corpus; and (2) dismissing this action with prejudice.

24

25   Dated: August 31, 2017

26                                          _____
                                            HONORABLE ANDREW J. GUILFORD
                                            United States District Judge

27

28