JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH POLK,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>W.L. MONTGOMERY,<br><br>　　　　　Respondent. | Case No. CV 14-6461-AG (KK)<br><br><br>JUDGMENT |

　　Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

　　IT IS HEREBY ADJUDGED that the Petition is DENIED and this action is DISMISSED with prejudice.

Dated: August 31, 2017

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HONORABLE ANDREW J. GUILFORD
　　　　　　　　　　　　　　　　　　United States District Judge